UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WAYNE GIZMO WEXLER;
and LISA WEXLER,

    Plaintiffs,

v.    Case No. 6:22-cv-1111-RBD-DCI

DEPARTMENT OF CHILDREN
AND FAMILIES; TIDAL BASIN
GOVERNMENT CONSULTING,
LLC; RISING PHOENIX HOLDINGS
CORPORATION; SPERIDIAN
TECHNOLOGIES, LLC; and OUR
FLORIDA,

    Defendants.
_____

## ORDER

Plaintiffs filed a *pro se* Complaint, alleging they experienced issues when applying for the federal Emergency Rental Assistance Program. (Docs. 7, 7-1.) Plaintiffs also moved to proceed *in forma pauperis*. (Doc. 2 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends denying the Motion and dismissing the Complaint without prejudice and without leave to amend for lack of subject matter jurisdiction. (Doc. 14 ("R&R").)

The deadline has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 14) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 7) is **DISMISSED WITHOUT PREJUDICE** and without leave to amend.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 6, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiffs David Wayne Gizmo Wexler and Lisa Wexler.